**FILED
CLERK**

3/12/2021 3:28 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

FREDY UMANZOR, individually and on behalf of all others similarly situated,

    Plaintiff,

-against-

JJLSZ CORP. d/b/a MEMA'S LITTLE ITALIAN KITCHEN and JONATHAN ARONSON

    Defendants.

Civ. No.: 20-cv-2729 (JMA)(AYS)

---

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, Fredy Umanzor and Defendants, JJLSZ Corp. and Jonathan Aronson, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

8

| | |
|---|---|
| LAW OFFICES OF PETER A. ROMERO PLLC<br>*ATTORNEYS FOR PLAINTIFF*<br>825 Veterans Highway<br>Hauppauge, New York 11788<br><br>By: _____<br>Peter A. Romero, Esq.<br><br>Dated: 3/9/21 | JACKSON LEWIS P.C.<br>*ATTORNEYS FOR DEFENDANTS*<br>58 South Service Road, Suite 250<br>Melville, New York 11747<br>(631) 247-0404<br><br>By: *Brian J. Shenker*<br>Brian J. Shenker, Esq.<br><br>Dated: March 11, 2021 |

SO ORDERED on this 12th day of March, ~~2020,~~ 2021

/s/ Joan M. Azrack
_____
U. S. D. J.

4851-6796-0524, v. 1